BEFORE THE FIRST DIVISION, NOVEMBER 5, 1952

**No. 56924.**—Fred Frankel & Sons v. United States, protest 150980–K (New York).

Opinion by OLIVER, C. J.  It was stipulated that the merchandise consists of imitation precious stones and pendants, faceted, similar in all material respects to those the subject of *Brier Manufacturing Co.* v. *United States* (39 C. C. P. A. 68, C. A. D. 465).  The claim at 10 percent was therefore sustained.

**No. 56925.**—T. H. Stemper Co., Inc. v. United States, protest 174603–K (Milwaukee).

Opinion by OLIVER, C. J.  An examination of the official papers disclosing no reason to disturb the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, NOVEMBER 5, 1952

**No. 56926.**—Gimbel Bros., Inc. v. United States, protests 188979–K, 188977–K, and 187673–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.